**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  EVELIA HERNANDEZ, )<br>  )<br>          Plaintiff, )<br>  )<br>v.  )<br>  )<br>1.  FARMERS INSURANCE COMPANY, )<br>     INC., a foreign corporation, )<br>  )<br>          Defendant. ) | Case No.: CIV-14-338-HE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Evelia Hernandez and Defendant, Farmers Insurance Company, Inc. and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter.  Plaintiff, Evelia Hernandez and and Defendant, Farmers Insurance Company, Inc. stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE Plaintiff, Evelia Hernandez and Defendant, Farmers Insurance Company, Inc. respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 10th day of November, 2014.

BY:   /s Tom Gibson
*I certify that I have the signed copy of this documents, which is available for inspection at any time by the Court or a party to this action.)
    Tom C. Gibson, OBA No. 21191
    Tom C. Gibson, P.L.L.C.
    508 W. Vandament Avenue, Suite 310
    Yukon, Oklahoma 73099
    Telephone:   (405) 354-2900
    Facsimile:   (405) 354-7557
    Email:   tomgibsonlawyer@cox.net
    *Attorney for Plaintiff*

BY:   /s Sheila R. Benson
    Greg D. Givens, OBA No. 10310
    Sheila R. Benson, OBA No. 19050
    GIVENS LAW FIRM
    136 N.W. 10th Street, Suite 100
    Oklahoma City, OK  73103
    Telephone:   (405) 604-6880
    Facsimile:   (405) 604-6998
    Email:   sbenson@givenslaw.net
    *Attorneys for Defendant,*
    *Farmers Insurance Company, Inc.*